JOHN L. BURRIS, Esq. (SBN 69888)
BEN NISENBAUM, Esq. (SBN 222173)
BRANDON YEE, Esq. (SBN 344583)
BURRIS NISENBAUM CURRY AND LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@bncllaw.com
ben.nisenbaum@bncllaw.com
brandon.yee@bncllaw.com

K. CHIKE ODIWE, Esq. (SBN 315109)
LAW OFFICES OF KENNETH CHIKE ODIWE, PC
2880 Zanker Road Suite 203, PMB 1689
San Jose, CA 95134
Telephone: (669) 315-4431
Facsimile: (669) 315-4431
kenneth@kennethodiwelaw.com

Attorneys for Plaintiff
DARRYL JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY PERRY, individually and in his official capacity as an officer for the Stockton Police Department; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>        Defendants. | CASE NO.:  2:24-cv-01219-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

1

Plaintiff DARRYL JACKSON and defendant ANTHONY PERRY, acting by and through their attorneys of record, herein stipulate for an Order of Dismissal of the Entire Action with prejudice, each side to bear their own fees and costs.

      IT IS SO STIPULATED.

**Burris Nisenbaum Curry and Lacy, LLP**

January 7, 2025            __/s/*Brandon Yee*_____
                                                 Brandon Yee
                                                 Attorney for Plaintiff

**Porter Scott**

January 7, 2025            __/s/ *William Camy*_____
                                                 William Camy
                                                 Attorney for Defendant

**[PROPOSED] ORDER**

Having considered the parties' stipulation and good cause appearing, the entire action is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated: <u>    January 8, 2025    </u>         _____
                                                              JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE